```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA              :

         - v. -                       :      ORDER

OMAR GONZALEZ,                        :      10 Cr. 1060
     a/k/a "O,"
NELSON VELEZ,                         :
     a/k/a "Nell,"
JUAN CAMACHO,                         :
     a/k/a "Pito,"
     a/k/a "Papito Camacho,"          :
GERALDO MARTINEZ,
     a/k/a "Macho,"                   :
DENISE ALAMO,
NIVIA ALAMO,                          :
     a/k/a "Nena,"
JIMMY ALAMO,                          :
     a/k/a "Skinny,"
RICKY BELL,                           :
RAYMOND LOPEZ,
     a/k/a "Ray,"                     :
ALEX AMANTE,
JOSE RODRIGUEZ,                       :
     a/k/a "Joey,"
LAWRENCE SIMMONS,                     :
     a/k/a "Black," and
MANUEL ROSA,                          :
     a/k/a "Manny,"
                                      :

                    Defendants.       :
- - - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 9 NOV 2010

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Todd Blanche;

It is found that Indictment 10 Cr. 1060 in the above-captioned action are currently sealed and the United States

Attorney's Office has applied to have the Indictment unsealed, it is therefore,

ORDERED that the Indictment 10 Cr. 1060 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         November 9, 2010

_____
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OMAR GONZALEZ, a/k/a "O,"
NELSON VELEZ, a/k/a "Nell,"
JUAN CAMACHO, a/k/a "Pito,"
a/k/a "Papito Camacho,"
GERALDO MARTINEZ, a/k/a "Macho,"
DENISE ALAMO, NIVIA ALAMO, a/k/a "Nena,"
JIMMY ALAMO, a/k/a "Skinny,"
RICKY BELL, RAYMOND LOPEZ, a/k/a "Ray,"
ALEX AMANTE,
JOSE RODRIGUEZ, a/k/a "Joey,"
LAWRENCE SIMMONS, a/k/a "Black," and
MANUEL ROSA, a/k/a "Manny,"

Defendants.

**ORDER**

10 Cr. 1060

PREET BHARARA
United States Attorney.