ORIGINAL

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GERALDO MARTINEZ<br>a/k/a "Macho" | DOCKET NO.<br>10 CRIM | MAGISTRATE'S CASE NO.<br>1060 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>GERALDO MARTINEZ | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Crack Cocaine and Heroin Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br>HON. JAMES L. COTT | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>James L. Cott | DATE ORDERED<br>11/2/10 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>11/02/2010 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent Rachel Kolvek<br>FBI | SIGNATURE OF ARRESTING OFFICER<br>Rachel Kolvek |
|---|---|---|
| DATE EXECUTED<br>11/10/2010 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.