AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

**APPEARANCE**

v.

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| Date | /s/ |
| --- | --- |
|  | Signature |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |