UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

)
)
United States )
)
vs. )
)
Omar Gonzalez, et al. )
) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **10 Cr. 1060 (RPP)**
)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

          by:   /s/
               Hadassa R. Waxman
               Assistant United States Attorney
               (212) 637-2277