UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNTIED STATES OF AMERICA,

            - against -

OMAR GONZALEZ et al.,

                     Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/8/11
```

10 CR 1060 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.,**

At the argument held on July 7, 2011 the Court denied the motion for a bill of particulars

of Defendant Jose Rodriguez ("Rodriguez") and of those Defendants whose counsel joined in the

Rodriguez motion, and also denied a motion for a bill of particulars by Omar Gonzalez

("Gonzalez"), because those motions would have required the Government to disclose the

precise manner in which it intends to prove the Defendants' participation in the charged crime,

contrary to the Second Circuit's holding in United States v. Torres, 901 F.2d. 205 (2d Cir. 1990).

The Court recognizes that the Government has already disclosed sales and lab reports and

video and audio recordings of sales pertaining to each Defendant. Nevertheless, because the

Indictment charges thirteen Defendants with a broad conspiracy with two objects to distribute or

possess with intent to distribute a) 280 grams and more of crack cocaine carrying a mandatory

minimum sentence of ten years imprisonment and b) 100 grams and more of heroin carrying a

mandatory minimum sentence of five years imprisonment, because the total sales of controlled

substances discussed to date against each moving Defendant total less than 10 grams, and

because individual Defendants' participation in such broad conspiracies are generally diverse,

the Government is ordered to disclose to each Defendant, by July 15, 2011, the nature of the

evidence by which the Government intends to prove that each moving Defendant understood that

1

the object of the conspiracy he is alleged to have participated in, was to distribute or possess with intent to distribute a) 280 grams and more of crack cocaine and b) 100 grams and more of heroin. That is, the Government must disclose to each moving Defendant if it intends to prove that the Defendant understood that the conspiracy involved 280 grams and more of crack cocaine and 100 grams and more of heroin is based on proof that the Defendant's role in the offense was as a manager or supervisor, based on one or more statements of a co-conspirator in furtherance of the conspiracy, based on any admissions of the Defendant, based on surveillance by Government agents, based on testimony by undercover agents, based on testimony of a confidential informant; based on testimony by any co-conspirators; or based on any other evidence.

This order is not intended to require disclosure of the identity of any witnesses or to require disclosure of times or dates or places.

SO ORDERED.

Dated: New York, New York
       July 8, 2011

                                        Robert P. Patterson, Jr.
                                        U.S.D.J.

Copies of this Order faxed to:

*Attorney for Defendants:*

**Glenn Andrew Garber**
Glenn A. Garber, P.C.
350 Broadway
Suite 1207
New York, NY 10013
(212) 965-9370
Fax: (212) 965-9375

**John Francis Kaley**
Doar, Rieck, Kaley & Mack
217 Broadway
Suite 707
New York, NY 10007-2911
(212) 619-3730
Fax: (212) 962-5037

**Steven LLoyd Brounstein**
Papa.Depaola & Brounstein
42-40 Bell Blvd
Bayside, NY 11361
(718)-281-4000
Fax: (718)-281-4030

**Anthony L. Ricco**
Law Office of Anthony L. Ricco
20 Vesey Street
New York, NY 10007
(212)-791-3919
Fax: (212) 791-3940

**Priya Chaudhry**
Law Offices of Priya Chaudhry
80 Pine Street
33rd Floor
New York, NY 10005
(212) 785-5550
Fax: (212) 785-5558

**Jonathan Marks**
Jonathan Marks P.C.
220 5th Avenue

3

3rd Floor
New York, NY 10001
(212) 545-8008
Fax: (212) 889-3595

**Alan Mitchel Nelson**
Alan M. Nelson, Esq
3000 Marcus Ave, Suite 1e5
Lake Success, NY 11042
(516)-328-6200
Fax: (516)-328-6354

**Daniel Steven Parker**
Parker & Carmody, LLP
331 Madison Avenue
15th Floor
New York, NY 10017
(212)-239-9777
Fax: (212)-239-9175

**Paul Joseph Madden , Jr.**
Paul J. Madden, Esq.
26 Court Street, Suite 810
Brooklyn, NY 11242
(718)-624-0964
Fax: (718)-237-1393

**Kenneth Alan Paul**
Law Office of Kenneth A. Paul
111 Broadway
Suite 701
New York, NY 10006
(212) 587-8000
Fax: (212) 732-8460

**Adam D Perlmutter**
Law office of Adam D. Perlmutter P.C.
260 Madison Avenue
Suite 1800
New York, NY 10016
(212) 679-1990
Fax: (212) 679-1995

**Richard Harris Rosenberg**
Richard H. Rosenberg, Attorney At Law
217 Broadway

Suite 707
New York, NY 10007
(212)-586-3838
Fax: (212)-962-5037

**Lloyd Epstein**
Epstein and Weil
225 Broadway
New York, NY 10007
(212) 732-4888
Fax: (212) 732-6703

**Lawrence A. Dubin**
Goldberger & Dubin, P.C.
401 Broadway
Suite 306
New York, NY 10013
(212) 431-9380
Fax: (212) 966-0588

**Lisa Scolari**
Law Office of Lisa Scolari
20 Vesey Street
Suite 400
New York, NY 10007
212-227-8899
Fax: 212-964-2926

*Attorneys for Government:*

**Hadassa Robyn Waxman**
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2277
Fax: (212)-637-252

**Kan Min Nawaday**
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)-637-2311
Fax: (212) 637-2527

**Timothy Turner Howard**
U.S. Attorney's Office, SDNY

One St. Andrew's Plaza
New York, NY 10007
(212) 637-2308
Fax: (212) 637-2527