# JONATHAN MARKS, P.C.

ATTORNEYS AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jonmarks@...mail...
URL: www...

**MEMO ENDORSED**

TEL: (212) 545-8008
FAX: (212) 889-3595


RECEIVED
JUL 11 2011
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/11

July 11, 2011

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Omar Gonzalez, et al
           Docket No.: 10-CR-1060-04(RPP)

Dear Judge Patterson:

    With the government's consent, I respectfully request that the sentencing hearing for Gerald Martinez, now scheduled for July 14, 2011, be adjourned to July 28, 2011, a time that Your Honor's courtroom deputy says is convenient for the court.

    I make this request because, unexpectedly, I will be out of town this week on business. AUSA Hadassa Waxman has authorized me to represent that she consents to the adjournment.

                                                                  Respectfully,

                                                                   Jonathan Marks

    cc:    Hadassa Waxman, Esq.
              Assistant United States Attorney

Case:      United States v. Omar Gonzales, et al.
Index No.  10 Cr. 1060-04 (RPP)

**MEMO ENDORSEMENT READS:**

    Application granted.

    So Ordered.

                              *Robert P. Patterson, Jr., U.S.D.J., 7/12/10*