# JONATHAN MARKS, P.C.
ATTORNEYS AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jonmarkspc@gmail.com
URL:    www.jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595



July 22, 2011

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Omar Gonzalez, et al
     Docket No.: 10-CR-1060-04(RPP)

Dear Judge Patterson:

With the government's consent, I respectfully ask that the sentencing hearing for **Gerald Martinez**, now scheduled for July 28, 2011, be adjourned to a date during the second or third week of August. This is the second adjournment I have requested.

I make this request because I will be taking my daughter to her college orientation on July 28. AUSA Hadassa Waxman has authorized me to represent that the government consents to the adjournment.

Respectfully,

Jonathan Marks

cc:  Hadassa Waxman, Esq.
     Assistant United States Attorney

*[Handwritten endorsement: Application granted. Sentence adjourned to 8/15/11 at 4 PM. So ordered. Robert P. Patterson, July 28, 2011]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/11