UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    -against-                            NOTICE OF APPEARANCE

OMAR GONZALEZ                 10 CR 1060 RPP

    Defendant

------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case on behalf of:

Omar Gonzalez, defendant

I certify that I am admitted to practice in this Court

December 7, 2011                                                      
Date                                                            Lawrence Gerzog, Esq.

                                                            233 Broadway Suite 2707
                                                            New York, NY 10279
                                                            Phone: 212 486 3003
                                                            Fax: 212 732 8486
                                                            Ldglawoffice@aol.com