UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    -against-                                     NOTICE OF APPEARANCE

OMAR GONZALEZ                      10 CR 1060 RPP

    Defendant

------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case on behalf of:

Omar Gonzalez, defendant

I certify that I am admitted to practice in this Court

December 7, 2011
Date

                                                       Alexander Berg, Esq.

                                                       233 Broadway Suite 2707
                                                       New York, NY 10279
                                                       Phone: 212 486 3003
                                                       Fax: 212 732 8486
                                                       Ldglawoffice@aol.com