```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        x
UNITED STATES OF AMERICA                x          ORDER
                                        x
            -v-                         x
                                        x          DOCKET #
GERALDO MARTINEZ,                       x
                  DEFENDANT.            x
                                        x          10 crim 1060 (RPP)
                                        x
----------------------------------------x


                    , DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day,

___JOSHUA DRATEL, ESQ.___ is hereby ordered to assume

representation of the defendant in the above captioned matter.


                                SO ORDERED.

                                _____
                                UNITED STATES DISTRICT JUDGE


Dated:  September 27, 2013
        New York, New York