AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

GERALDO MARTINEZ

Case No.          1:10CR01060-04(RPP)

USM No.      64173-054

JOSHUA DRATEL, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)        #3                          of the term of supervision.

was found in violation of condition(s)                                  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | From on or about May 27, 2014, or any time thereafter, the releasee failed to report to the U.S. Probation Officer although directed to do so by his probation officer. Condition #2, Grade C Violation | 10/22/14 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   1,2 & 4          and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6407

Defendant's Year of Birth:        1988

City and State of Defendant's Residence:

10/23/2014
Date of Imposition of Judgment

Signature of Judge

Honorable Robert P. Patterson, Jr.
Name and Title of Judge

10/28/2014
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/14

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___4___

DEFENDANT:        GERALDO MARTINEZ
CASE NUMBER:      1: 10CR01060-04(RPP)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

two weeks custody and placement in an inpatient drug treatment program as such time as the program determines the defendant has completed the program.

The court makes the following recommendations to the Bureau of Prisons:

x    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____  ☐ a.m.   ☐ p.m.   on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____  to _____

at _____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

Judgment—Page  3  of  4

DEFENDANT:      GERALDO MARTINEZ
CASE NUMBER:    1:10CR1060-04(RPP)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
the defendant is continued on supervised release for the period of time he is in the inpatient drug treatment program. The maximum
period of supervised release will be 22 months.

        The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release
from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled
substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug
tests thereafter as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse. (Check, if applicable.)

     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

     The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
     or is a student, as directed by the probation officer.  (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

        If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance
with the Schedule of Payments sheet of this judgment.

        The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional
conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)      the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)      the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first
        five days of each month;

3)      the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation
        officer;

4)      the defendant shall support his or her dependents and meet other family responsibilities;

5)      the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training,
        or other acceptable reasons;

6)      the defendant shall notify the probation officer at least ten days prior to any change in residence or employment, or if such
        prior notification is not possible, then within five days after such change.

7)      the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
        controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)      the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)      the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person
        convicted of a felony, unless granted permission to do so by the probation officer;

10)     the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit
        confiscation of any contraband observed in plain view of the probation officer;

11)     the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law
        enforcement officer;

12)     the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency
        without the permission of the court; and

13)     as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the
        defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such
        notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page ___4___ of ___4___

DEFENDANT:       GERALDO MARTINEZ
CASE NUMBER:   1:10CR01060-04(RPP)

## SPECIAL CONDITIONS OF SUPERVISION

-The defendant is sentenced to two weeks custody and then placement in an inpatient drug treatment program until the program determines he has completed the program. The defendant will continue on supervised release during his time in the drug treatment program. If the defendant completes the inpatient drug treatment program he will have completed his period of supervised release. The maximum period of supervised release will be 22 months.

-The defendant should be enrolled in a GED program and job training program of his choice.