Eam6marc

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA,
4             v.                            10 CR 1060(RPP)
5  GERALDO MARTINEZ,
6                  Defendant.
7  ------------------------------x
8                                           New York, N.Y.
                                            October 22, 2014
9                                           11:30 a.m.

10
   Before:
11
                HON. ROBERT P. PATTERSON, JR.,
12
                                            District Judge
13
14                        APPEARANCES
15
16
17 PREET BHARARA
   United States Attorney for the
18      Southern District of New York
   PAUL MONTELEONI
19      Assistant United States Attorney

20 JOSHUA L. DRATEL
        Attorney for Defendant
21
22 Also present:  USPO Dave Mulcahy

23
24
25

Eam6marc

1           (In open court; case called)
2           THE DEPUTY CLERK:  In the case of Geraldo Martinez.
3    Counsel for defendant, are you ready?
4           MR. MONTELEONI:  Good morning, your Honor.  Paul
5    Monteleoni on behalf of my colleague Hadassa Waxman.  With me
6    at counsel table is United States Probation officer Dave
7    Mulcahy.
8           MR. DRATEL:  Joshua Dratel for Mr. Martinez.  I am
9    waiving his appearance for purposes of setting a new date.
10          THE COURT:  What do you have in mind?
11          MR. DRATEL:  I think we're talking about tomorrow at
12   2:30 is good for everyone.
13          THE COURT:  All right.  2:30 tomorrow?
14          MR. MONTELEONI:  Yes.  The government apologizes.  It
15   was our error that he wasn't here today.  We will produce him
16   for tomorrow at 2:30.
17          MR. DRATEL:  Thank you, your Honor.
18          THE COURT:  See you tomorrow.
19                              o0o
20
21
22
23
24
25