

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: Geraldo Martinez

Docket Number: 1:10CR01060

Sentencing Judge: Honorable Robert P. Patterson, Jr., U.S. District Judge

Date of Original Sentence: August 15, 2011

Original Offense: Conspiracy to Distribute and Possess w/ Intent to Distribute Cocaine, a Class C Felony

Original Sentence: Thirty-seven (37) months' imprisonment; followed by four (4) years' TSR

Type of Supervision: Supervised Release   Date Supervision Commenced: August 15, 2011

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following condition(s) of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT JANUARY 12, 2015, IN BRONX COUNTY, NEW YORK, THE RELEASEE COMMITTED A NEW STATE CRIME CRIMINAL MISCHIEF, THIRD DEGREE, IN VIOLATION OF NY PENAL LAW 145.05 02, A CLASS D FELONY, IN THAT THE RELEASEE WAS OBSERVED REMOVING SIDE VIEW MIRRORS FROM A VEHICLE WITHOUT THE OWNERS PERMISSION. MANDATED CONDITION, GRADE B VIOLATION.

2. ON OR ABOUT JANUARY 12, 2015, IN BRONX COUNTY, NEW YORK, THE RELEASEE COMMITTED A NEW STATE CRIME PETIT LARCENY, IN VIOLATION OF NY PENAL LAW 155.25, AN A MISDEMEANOR, IN THAT THE RELEASEE WAS OBSERVED REMOVING SIDE VIEW MIRRORS FROM A VEHICLE WITHOUT THE OWNERS PERMISSION. MANDATED CONDITION, GRADE C VIOLATION.

Martinez, Geraldo 2 60107 - DTM

3. ON OR ABOUT JANUARY 12, 2015, IN BRONX COUNTY, NEW YORK, THE RELEASEE COMMITTED A NEW STATE CRIMINAL MISCHIEF, FOURTH DEGREE, IN VIOLATION OF NY PENAL LAW 145.00 02, AN A MISDEMEANOR, IN THAT THE RELEASEE WAS OBSERVED REMOVING SIDE VIEW MIRRORS FROM A VEHICLE WITHOUT THE OWNERS PERMISSION. MANDATED CONDITION, GRADE C VIOLATION.

4. ON OR ABOUT JANUARY 12, 2015, IN BRONX COUNTY, NEW YORK, THE RELEASEE COMMITTED A NEW STATE POSSESSION OF STOLEN PROPERTY, IN VIOLATION OF NY PENAL LAW 165.40, AN A MISDEMEANOR, IN THAT THE RELEASEE WAS OBSERVED REMOVING SIDE VIEW MIRRORS FROM A VEHICLE WITHOUT THE OWNERS PERMISSION. MANDATED CONDITION, GRADE C VIOLATION.

5. ON OR ABOUT JANUARY 12, 2015, IN BRONX COUNTY, NEW YORK, THE RELEASEE COMMITTED A NEW STATE AUTO STRIPPING, THIRD DEGREE, IN VIOLATION OF NY PENAL LAW 165.09, AN A MISDEMEANOR, IN THAT THE RELEASEE WAS OBSERVED REMOVING SIDE VIEW MIRRORS FROM A VEHICLE WITHOUT THE OWNERS PERMISSION. MANDATED CONDITION, GRADE C VIOLATION.

6. ON OR ABOUT DECEMBER 15, 2015, THE RELEASEE VOLATED THE SPECIAL CONDITION OF HIS SUPERVISED RELEASE, TO WIT, ENTER AND COMPLETE INPATIENT DRUG TREATMENT, IN THAT, HE SIGNED HIMSELF OUT OF ST. JOHNS REHABILITATION CENTER WITHOUT PERMISSION OF THIS OFFICER OR THE COURT. SPECIAL CONDITION, GRADE C VIOLATION

7. ON OR ABOUT DECEMBER 15, 2015, OR ANYTIME THEREAFETER, THE RELEASEE FAILED TO REPORT TO THE PROBATION OFFICE. CONDITION #1, GRADE C VIOLATION.

Martinez, Geraldo 3 60107 - DTM

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X] Revoked

Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Probation Officer

David Mulcahy
U.S. Probation Officer

Approved By:

Victor Jeffrey
Supervising U.S. Probation Officer

1/28/15

Martinez, Geraldo                  4                 60107 - DTM
Docket No.: 1:10CR01060



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

Honorable ~~Robert P. Patterson~~
Andrew L. Carter, Jr.

February 13, 2015    PART 1
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 1:10CR01060 |
| Geraldo Martinez | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Geraldo Martinez, who is accused of an offense or violation based on the following document filed with the court:

_X_ Supervised Release Violation Petition

This offense is briefly described as follows:


Date: 2/2/15

_____
*Issuing officer's signature*

City and state: New York, N.Y.
SDNY

Honorable Robert P. Patterson, Jr. U.S. District Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| City and state: _____ |
| *Printed name and title* |