



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

TO:     **HONORABLE LORETTA A. PRESKA**
        Chief U.S. District Judge

FROM:   **PAUL WODESHICK**
        Supervising U.S. Probation Officer

                                RE:         **MARTINEZ, Geraldo**
                                Docket No.  **1:10CR01060**

Enclosed is a matter from the U.S. Probation Office requesting a decision from Your Honor. Please direct your response along with any attachment to our office at 233 Broadway, 15th floor, so that we may take appropriate action.

Respectfully submitted,

Paul Wodeshick
Supervising U.S. Probation Officer
(212) 805-5122

Submitted By:

David T. Mulcahy
U.S. Probation Officer
Phone: (212) 805-5178

DATE: May 19, 2015

(Rev. eVOP 1/25/07)

## REQUEST FOR COURT ACTION

| | | |
|---|---|---|
| TO: | **Honorable Loretta A. Preska**<br>Chief U.S. District Judge | OFFENSE:<br>**COUNT ONE**:<br>Conspiracy to Distribute and Possess w/ Intent to Distribute Cocaine, 21 USC 846, 841(b)(1)(C), a C Felony. |
| FROM: | David T. Mulcahy<br>U.S. Probation Officer | ORIGINAL SENTENCE:<br>**COUNTS ONE**<br>Thirty Seven (37) months' imprisonment to be followed by four (4) years' Supervised Release. |
| RE: | **MARTINEZ, Geraldo**<br>**Docket No.: 10 CR 01060**<br>**(RPP)** | |
| AUSA: | Hadassa Waxman | Defense Attorney:   Josh Dratel |
| | | MED:   August 23, 2016 |
| DATE OF SENTENCE: | August 15, 2011 | |
| DATE: | May 19, 2015 | |
| ATTACHMENTS: | PSI, Judgement | |

### REQUEST FOR JUDICIAL REASSIGNMENT

On August 15, 2011, Mr. Martinez was sentenced by the Honorable Robert P. Patterson as outlined above.

As Judge Patterson is longer on the bench, the Probation Office is requesting judicial reassignment of this case.

It should be noted that Mr. Martinez has a pending violation of Supervised Release matter that needs to be adjudicated.

*Please reassign to the undersigned.*
*So ordered.*

May 19, 2015

*Loretta A. Preska*

(Rev. eVOP 1/25/07)

MARTINEZ, Geraldo                                                    P60107/DTM

2

The PSI and J&C are attached for Your Honor's review.

                                       Respectfully submitted,

                                       Michael J. Fitzpatrick
                                       Chief U.S. Probation Officer

By:                                 _____
                                       Paul Wodeshick
                                       Supervising U.S. Probation Officer
                                       212-805-5122

Submitted By: _____
David T. Mulcahy
U.S. Probation Officer
212-805-5178

(Rev. eVOP 1/25/07)