RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973)744-1000 (voice)
(973)746-1490 (fax)

29 Broadway, Suite 1412
New York, New York 10006
(212)608-7949
jeanbarrett@ruhnkeandbarrett.com

-----------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| - against - | |
| | Criminal No. 10 Cr. 1060 (LAP) |
| GERALDO MARTINEZ | NOTICE OF APPEARANCE AS COUNSEL |
| Defendant. | |

-----------------------------------------------x

I have been appointed pursuant to the Criminal Justice Act to represent Geraldo Martinez in this matter. Please enter my appearance as counsel for Geraldo Martinez.

                                                          RUHNKE & BARRETT
                                                          Attorneys for Geraldo Martinez

                                                          */s/ Jean D. Barrett*

                                                       _____
                                  By:   JEAN D. BARRETT

Dated:    Montclair, New Jersey
               May 26, 2015

C:\CASE FILES\TRIAL_FILES\Notice of Appearance SDNY.wpd